CANADY, J.,
concurring in part and dissenting in part.
I agree with the decision to affirm the denial of relief on Cole’s guilt phase claims. But I disagree with the decision to vacate Cole’s death sentences and to remand for a new penalty phase. As I have previously explained, Hurst v. Florida, — U.S. —, 136 S.Ct. 616, 193 L.Ed.2d 504 (2016), should not be given retroactive effect. See Mosley v. State, 209 So.3d 1248, 1285-91 (Fla. 2016) (Canady, J., concurring in part and dissenting in part). I would also reject Cole’s other penalty phase claims. The *547 postconviction court’s denial of all relief should be affirmed.
POLSTON, J., concurs.